IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY | PLAINTIFF |
| VS. | CIVIL ACTION NO. 5:22-cv-12-DCB-RHWR |
| CLIFTON RANKIN CONSTRUCTION, LLC and CLIFTON RANKIN, INDIVIDUALLY | DEFENDANTS |

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

THIS MATTER, having come before the Court *ore tenus*, American Contractors Indemnity Company's ("ACIC") Motion for Default Judgment, and the Court having considered the request, finds as follows:

1. The Complaint in this matter was filed on behalf of American Contractors Indemnity Company on February 28, 2022 [Dkt #1]. The Summons and Complaint were served on the Defendants, Clifton Rankin Construction, LLC and Clifton Rankin, Individually on March 9, 2022. The Defendants' Answers were due on or about March 30, 2022.

2. More than 30 days have elapsed since the date on which the Defendants, Clifton Rankin Construction, LLC and Clifton Rankin, Individually were served with Summons and a copy of the Complaint. Clifton Rankin Construction, LLC and Clifton Rankin, Individually have failed to plead, answer or otherwise defend, since service of Summons, along with ACIC's Complaint.

3. An Application for Entry of Default was filed with this Court on May 16, 2022 on behalf of ACIC [Dkt. # 5].

4. The Clerk's Entry of Default as to Clifton Rankin Construction, LLC and Clifton Rankin, Individually was entered on May 16, 2022 [Dkt. # 6].

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff, American Contractors Indemnity Company be and is hereby granted Default Judgment against Defendants Clifton Rankin Construction, LLC and Clifton Rankin, Individually, in an amount to be determined.

**SO ORDERED AND ADJUDGED** this 29th day of June 2022.

    /s/   David Bramlette
UNITED STATES DISTRICT JUDGE